UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHEL TOLIVER,

                    Plaintiff,

-v-

THE CITY OF NEW YORK, *et al.*,

                    Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-26-13

No. 10 Civ. 7798 (RJS) (JCF)
ORDER

RICHARD J. SULLIVAN, District Judge:

    By Order dated March 19, 2012, the Court adopted the Report and Recommendation of the Honorable James C. Francis, Magistrate Judge, and dismissed the Complaint in this action without prejudice to Plaintiff's refiling an amended pleading. By order dated June 29, 2012, the Court directed Plaintiff to submit any amended pleading no later than July 16, 2012. Although Plaintiff sent a letter prior to that deadline, it was not responsive to the Court's order. Rather, it referred to a document that Plaintiff had submitted two years earlier, which, of course, could not have been an amendment conforming to the Court's March 19 Order. Accordingly, on August 20, 2012, Judge Francis issued a new Report and Recommendation (the "Report") recommending that this action be dismissed. Plaintiff did not submit any objections to Judge Francis's Report.

    When no objections to a report and recommendation are made, the Court may adopt the report if there is no clear error on the face of the record. *Adee Motor Cars, LLC v. Amato*, 388 F. Supp. 2d 250, 253 (S.D.N.Y. 2005); *La Torres v. Walker*, 216 F. Supp. 2d 157, 159 (S.D.N.Y. 2000). After reviewing the record, the Court finds that Judge Francis's well-reasoned and

careful Report is not facially erroneous. Accordingly, the Court adopts the Report in its entirety and dismisses this action with prejudice.

The Clerk of the Court is respectfully directed to close this case.

SO ORDERED.

DATED:   February 26, 2013
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

2

3

A copy of this Order was mailed to:

Michel Toliver
10-A-4565
Upstate Correctional Facility
P.O.Box 2001
Malone, NY 12953